FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2024-1822
_____

CURTIS DALE JR.,

Appellant,

v.

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jennifer J. Frydrychowicz, Judge.

July 9, 2025

PER CURIAM.

Appellant was civilly committed under the Sexually Violent
Predators Act in October 2021. *See* § 394.917, Fla. Stat. (2021). In
August 2023, Appellant filed a timely petition for writ of habeas
corpus claiming ineffective assistance of counsel. *See* Fla. R. Civ.
P.–S.V.P. 4.460. The circuit court summarily denied the habeas
petition without explanation.

"Habeas corpus proceedings brought under rule 4.460 are
governed by Fla. R. Crim. P. 3.850." Fla. R. Civ. P.–S.V.P.
4.440(a)(2). The circuit court did not provide a rationale for its
ruling and did not attach records conclusively showing Appellant
was entitled to no relief. If the denial was because the petition was

legally insufficient, Appellant was entitled to amend the petition. *See* Fla. R. Crim. P. 3.850(f)(2). If the denial was because the petition was conclusively resolved by the court record, the circuit court was required to attach "that portion of the files and records that conclusively shows that the [petitioner] is entitled to no relief." *See* Fla. R. Crim. P. 3.850(f)(5). Otherwise, Appellant is entitled to an evidentiary hearing on the allegations in his petition. *See Thomason v. State*, 389 So. 3d 782, 782–83 (Fla. 1st DCA 2024). We therefore reverse and remand for further proceedings as required by rule 3.850.

REVERSED and REMANDED.

ROBERTS, RAY, and BILBREY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Curtis Dale Jr., pro se, Appellant.

James Uthmeier, Attorney General, and Andrew McGinley, General Counsel, Florida Department of Children and Families, Tallahassee, for Appellee.